FILED
United States District Court
Albuquerque, New Mexico

Mitchell R. Elfers
Clerk of Court

AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of New Mexico

United States of America
v.
Jacob Martinez

*Defendant(s)*

Case No. 25mj4696

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of October 1, 2025 in the county of Rio Arriba in the District of New Mexico, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 21 U.S.C. § 841(a)(1). | Possession with the intent to distribue fentanyl |

This criminal complaint is based on these facts:

See attached affidavit.

☑ Continued on the attached sheet.

[signature]
*Complainant's signature*

Alexis Dove, Special Agent
*Printed name and title*

Telephonically sworn and electronically signed.

Date: 11/07/2025

[signature]
*Judge's signature*

City and state: Allbq. NM

Steven C. Yarbrough, US Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

I, Alexis Dove, being duly sworn, depose and state as follows.

## INTRODUCTION AND BACKGROUND OF THE AFFIANT

1. I make this affidavit in support of the arrest of Jacob Martinez (Martinez) (year of birth 1993), for violation of 21 U.S.C. § 841(a)(1), possession of fentanyl with intent to distribute.

2. I am a Special Agent with the Federal Bureau of Investigation (FBI), and have been since January 2024. Currently, I am assigned to the Santa Fe Resident Agency, where I am responsible for investigation various criminal matters. During my training at the FBI Academy, I received training in a variety of investigation and legal matters, including the drafting of search warrant affidavits and establishing probable cause. My training included training on drug-trafficking investigations.

3. The statements contained in the affidavit are based upon my investigation, training, and experience, as well as information provided by other law enforcement officers or from other reliable sources. Because this affidavit is being submitted for the limited purpose of securing a criminal complaint and I have not included each and every fact known to me concerning this investigation. I have set forth only the facts which I believe are necessary to establish probable cause to support the requested criminal complaint.

4. Based on my training, experience, and the facts set forth in this affidavit, I believe there is probable cause of a violation of 21 U.S.C. § 841(a)(1).

## FACTS AND CIRCUMSTANCES ESTABLISHING PROBABLE CAUSE

5. The United States, including the FBI, is conducting a criminal investigation of Jacob Martinez ("Martinez") regarding possible violations of 21 U.S.C. §§ 841 and 846. The investigation is based, in part, on a traffic stop and Martinez's arrest record. The FBI is investigating suspected narcotics dealers in the Espanola, New Mexico area. 8. On March 28, 2019, Martinez was convicted of felony possession of a controlled substance.

6. On October 1, 2025, a BIA CHS conducted a drug buy/walk through at Martinez's residence, located at 1700 Star Lane, Espanola, New Mexico, 87532. The CHS purchased three grams of

Fentanyl from Martinez for approximately three hundred dollars. As a result, BIA conducted a field test on the narcotics and it totaled to approximately 1.56 grams of potential Fentanyl. Before the exchange, the CHS had contacted Martinez via Martinez's cellphone number to set up a buy. Throughout the course of the buy, the CHS contacted Martinez with the amount to be purchased at the time an unknown male and female individual were present. The CHS was told by Martinez, in-person, to wait at a distant address away from his residence. The CHS then witnessed the male and female exit Martinez's residence and approach the CHS to conduct the sell. The CHS was told by the male individual that the CHS would need to reach out to him to complete narcotics purchases from Martinez. The unknown male individual stated that he would be meeting up with the supplier to pick up more narcotics to sell.

## CONCLUSION

7. Based on the above information, I believe there is probable cause to charge Jacob Martinez with a violation of 21 U.S.C. § 841(a)(1) possession of fentanyl with intent to distribute

8. This affidavit has been reviewed by was approved by Assistant United Stated Attorney Michael Pahl.

9. I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Respectfully submitted,

Alexis Dove
Special Agent
Federal Bureau of Investigation

Subscribed electronically and sworn telephonically before me this 7th day of November, 2025:

United States Magistrate Judge
Albuquerque, New Mexico